**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF MORGAN STANLEY HOME EQUITY LOAN TRUST 2007-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-2 | CASE NUMBER:1:10-cv-4189 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Rebecca R. Pallmeyer |
| MELISSA CHANEY, JOSE LOUIS, RESURGENCE FINANCIAL, LLC, | MAGISTRATE JUDGE: Jeffrey Cole |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: March 22, 2011

                                                            Respectfully submitted,

                                                            By:    /s/ James N. Pappas

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
222 South Riverside Plaza, Ste. 2943
Chicago, Illinois 60606
(219) 769-1313